THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 George Wilford
 Fickens, Appellant,
 
 
 

v.

 
 
 
 Medical
 University of South Carolina, Respondent.
 
 
 

Appeal From Charleston County
 R. Markley Dennis, Jr., Circuit Court
Judge

Unpublished Opinion No.   2012-UP-015 
 Submitted November 1, 2011  Filed January
25, 2012

AFFIRMED

 
 
 
 George Wilford Fickens, pro se.
 Robin L. Jackson, of Charleston, for Respondent.
 
 
 

PER CURIAM:  George
 Wilford Fickens appeals the circuit court's order granting summary judgment in
 favor of the Medical University of South Carolina (MUSC), arguing the circuit
 court erred because an issue of fact existed about whether MUSC committed gross
 negligence when its employee drew a sample of his blood in violation of
 hospital policy and South Carolina law.  Moreover, Fickens contends the circuit
 court abused its discretion in denying his motion for the appointment of a
 guardian ad litem (GAL).  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities:
1.  As to whether the circuit court
 abused its discretion in denying Fickens's motion for the appointment of a GAL:
 Rule 17(c), SCRCP ("[For a] person imprisoned . . . in this State, and not
 a minor or incompetent, the [circuit] court may, in its discretion appoint a
 [GAL]."); Gossett v. Gilliam, 317 S.C. 82, 85, 452 S.E.2d 6, 8 (Ct.
 App. 1994) ("The [circuit] court should evaluate whether a [GAL] is
 essential for the protection of the [in-state prisoner's] rights under the
 particular circumstances of the pending action.").
2.  As to whether the circuit court
 erred in granting MUSC's motion for summary judgment: Ex parte Bland,
 380 S.C. 1, 12-13, 667 S.E.2d 540, 546 (2008) (holding an argument on appeal
 that "differs significantly" from the theory of the case presented to
 the circuit court is unpreserved for review).
AFFIRMED.
FEW, C.J.,
 THOMAS and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.